ALBANY,<br>June, 1834.<br><br>Foot<br>v.<br>Gumaer's Executors.

Motion granted.

---

FOOT & BEBEE *vs.* GUMAER'S EXECUTORS.

A certificate of a circuit judge that the demand of a plaintiff had been *unreasonably resisted* by *executors*, states the *fact*, and not the *evidence of the fact* If the certificate is erroneous, it must be corrected on motion.

ON a certificate of a circuit judge, that the demand of the plaintiffs had been *unreasonably resisted,* a motion was made that the plaintiffs be allowed costs, which was resisted, on the ground that the certificate did not state the *evidence* upon which the conclusion of the judge was founded—but

June 19,

*By the Court,* SUTHERLAND, J. The evidence need not be stated. The order for costs is made in reference to the *facts* that appeared on the trial, certified by the judge before whom the trial was had. 2 R. S. 90, § 41. If the *evidence* did not warrant the certificate, application must be made to this court to set it aside.

Motion granted.